THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY R. PORTER, Appellant.

Submitted April 9, 2007; decided April 26, 2007

Motion for assignment of counsel granted and Timothy P. Murphy, Esq., 260 East Avenue, Lockport, New York 14094 assigned as counsel to the appellant on the appeal herein.